## DECEMBER 15, 2005

No. 05–204. LEAGUE OF UNITED LATIN AMERICAN CITIZENS ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 05–254. TRAVIS COUNTY, TEXAS, ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 05–276. JACKSON ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.; and

No. 05–439. GI FORUM OF TEXAS ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL. Appeals from D. C. E. D. Tex. [Probable

jurisdiction noted, *ante*, p. 1074.] Appellants' opening briefs to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, January 10, 2006. Appellees' brief to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, February 1, 2006. Reply briefs, if any, to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, February 22, 2006. Cases are set for oral argument at 1 p.m., Wednesday, March 1, 2006.